IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      vs.<br><br>DUANE S. MULVAINE,<br><br>                      Defendant. | **4:20CR1**<br><br>**FINAL ORDER OF FORFEITURE** |

       This matter is before the Court upon the United States's Motion for Final Order of Forfeiture (Filing No. 23). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

       1.      On March 10, 2020, the Court entered a Preliminary Order of Forfeiture (Filing No. 18), pursuant to 16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(2), and 3374 and 28 U.S.C. § 2461.based upon the Defendant's plea of guilty to Counts I-VI and the Forfeiture Allegation of the Information. Pursuant to the Preliminary Order of Forfeiture, Defendant's interest in the following properties were forfeited to the United States:

      (a)      Howa Model 1500, .223 caliber bolt-action rifle with Nikko Sterling 2.5-10X42 scope and Mack Brothers MB762S suppressor and four (4) rounds of unfired ammunition; serial numbers: Rifle-B336776; Scope-415B00087; Suppressor-A5013.

      (b)      Savage M-25 .17 Hornet caliber bolt-action rifle with Nikon PR31 4-12X40 mm scope and SilencerCo Osprey Micro 22LR suppressor; serial numbers: Rifle-J027680; Scope-4302454; Suppressor-OSPM-2583.

      (c)      SilencerCo Omega .300 caliber suppressor; serial number: OMG-11206.

(d) Hogan Model H223 Multi-caliber semi-automatic rifle lower receiver with matching .223 caliber upper receiver mated to a Nikon P-223 scope and quick-detach suppressor attachment; serial numbers:  Lower receiver-12-00304; Scope-2513469.

(e) Browning BAR semi-automatic rifle with Nikon scope; serial numbers: Rifle-311ZW15754; Scope-6107038.

(f) Mathews Halon compound bow; serial number 1854898.

(g) Barnett RAZR Carbon Lite crossbow and camouflage carrying case; serial number 773[rest defaced].

2. The United States posted a Notice of Criminal Forfeiture on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 11, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as evidenced by the Declaration of Publication. (Filing No. 22).

3. The United States has advised the Court that no Petitions have been filed.   From a review of the Court file, the Court finds no Petitions have been filed.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Motion for Final Order of Forfeiture is hereby granted;

B. All right, title and interest in and to the above described properties held by any person or entity are hereby forever barred and foreclosed;

C. The properties are hereby forfeited to the United States of America; and,

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 12th day of May, 2020.

BY THE COURT:

_____
**MICHAEL D. NELSON**
**United States Magistrate Judge**